McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIMAS ORTIZ,<br><br>　　　　Defendant. | 2:17-CR-00152-KJM<br><br>FINAL ORDER OF FORFEITURE |

On or about February 3, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Dimas Ortiz forfeiting to the United States the following property:

　　　　a.　　2012 Ford Shelby Mustang, VIN: 1ZVBP8JS2C5243557, License Number DOCC777, formerly License Number 7PAG065.

Beginning on February 15, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

1

Final Order of Forfeiture

    a.    Ramona Cecilia Mayorga:  A notice letter was sent via certified mail to Ramona Cecilia Mayorga at 5928 41st Street, Sacramento, CA 95824-2812 on March 16, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on March 18, 2020.

    b.    Alejandra Vidriales:  A notice letter was sent via certified mail to Alejandra Vidriales at 1115 Solano Avenue, Vallejo, CA 94590-7017 on March 16, 2020.  According to USPS.com the notice letter was delivered on April 27, 2020.  A notice letter was sent via certified mail to Alejandra Vidriales at 1551 Valle Vista Avenue, Vallejo, CA 94589 on March 16, 2020.  According to USPS.com a delivery attempt notice was left on March 18, 2020, with a reminder to schedule redelivery of the notice letter.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Dimas Ortiz, Ramona Cecilia Mayorga, and Alejandra Vidriales, whose rights to the above-listed property are hereby extinguished.  The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 16th day of June, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE