HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIMAS ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMAS ORTIZ,<br><br>Defendant. | No. 2:17-CR-152 KJM-4<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, DIMAS ORTIZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. Mr. Ortiz received 2 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a total criminal history score of 4, which placed Mr. Ortiz in criminal history category III.  Mr. Ortiz's total offense level was 30, resulting in a guideline range of 121 to 151 months;

4. On February 24, 2020, this Court sentenced Mr. Ortiz to a term of 120 months on each of Counts 1 and 2, to be served concurrently, for a total term of imprisonment of 120 months;

5. The sentencing range applicable to Mr. Ortiz was subsequently lowered by the status-point provision;

6. Mr. Ortiz is eligible for a reduction in sentence, which reduces his criminal history score to 2, lowering his criminal history category from III to II, resulting in an amended advisory guideline range of 108 to 135 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ortiz's term of imprisonment to 108 months on each of Counts 1 and 2, to be served concurrently, for a total term of imprisonment of 108 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 16, 2024                    Dated:  January 16, 2024

PHILLIP A. TALBERT                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender

 /s/ *Shelley D. Weger*                       /s/ *David M. Porter*
SHELLEY D. WEGER                            DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    DIMAS ORTIZ

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ortiz is entitled to the benefit of Amendment 821, Part A, the new status-point provision, which reduces his criminal history score to 2 and his criminal history category from III to II, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2020 is reduced to a term of 108 months on each of Counts 1 and 2, to be served concurrently, for a total term of imprisonment of 108 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ortiz shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   January 17, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE