Case 2:17-cr-00152-KJM   Document 193   Filed 01/25/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Dimas Ortiz | Case No: 2:17-CR-152 KJM-4<br>USM No: 77667-097 |
| Date of Original Judgment: 02/24/2020<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David M. Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120__ months **is reduced to** __108 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __2/27/2020__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 1/25/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable Kimberly J. Mueller U.S. District Judge
*Printed name and title*